

FILED

## UNITED STATES COURT OF APPEALS

JUL 01 2013

## FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT PACK,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>HOGE FENTON JONES & APPEL, INC.,<br>a corporation; et al.,<br><br>Defendants - Appellees. | No. 13-15260<br><br>D.C. Nos. 3:12-cv-04512-SC<br>3:12-cv-04513-SC<br><br>Northern District of California,<br>San Francisco<br><br>ORDER |

The opening brief was due May 20, 2013.

Court records do not indicate that appellant has filed the opening brief or a

motion for an extension of time to do so.

This case is dismissed under Ninth Cir. R. 42-1.

A copy of this order sent to the district court shall act as and for the mandate

of this court.

Appellees' motion to dismiss is denied as unnecessary.

For the Court:

MOLLY C. DWYER
Clerk of the Court

Lorela Bragado-Sevillena
Deputy Clerk
    Ninth Circuit Rule 27-7/Advisory Note
    to Rule 27 and Ninth Circuit Rule 27-10

24JUNE2013/LBS/Pro Mo